IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.SO ITALIA S.P.A. AND I.SO ITALIA U.S.A., INC.,<br>    Plaintiffs,<br><br>    v.<br><br>INDOOR SUN SYSTEMS, INC. AND DOES 1 through 100, inclusive,<br>    Defendants. | CIV-S-06-887 DFL/DAD<br><br><br>ORDER |
| INDOOR SUN SYSTEMS, INC.,<br>    Counter-Claimant,<br><br>    v.<br><br>I.SO ITALIA S.P.A. AND I.SO ITALIA U.S.A., INC., and DOES 1 through 100,<br>    Counter-Defendants. | |

    The parties filed cross-motions for a preliminary injunction. As discussed at the October 5, 2006 hearing, the court finds that in view of the current intention of both parties <u>not</u> to market a new "Matrix" tanning bed, neither party sufficiently demonstrates a risk of irreparable injury in the time it will take to bring this case to resolution. Moreover, at

this early stage, it is not clear which party has the better likelihood of success on the merits of the trademark claim. Factual uncertainty remains for matters that could prove relevant, such as the interpretation of the contract terms in light of the parties' conduct, statements, and intentions concerning the "Matrix" name, the actual quality control undertaken by the parties, the procedures by which TanAmerica requested and made changes to the Matrix, the difficulty of obtaining FDA certification for the Matrix, and the effort and skill required to assemble the Matrix from its component parts. These matters require further discovery. Moreover, because the motions were scheduled for quick hearing, the legal issues have not been thoroughly briefed. For these reasons, the court DENIES the parties' cross-motions for a preliminary injunction.

IT IS SO ORDERED.

Dated: 10/6/2006

_____
DAVID F. LEVI
United States District Judge